Name: _Lijian Jie_

Address: _18261 Colima Rd.#283_

_Rowland Heights CA91748_

Phone Number: _+16678668464_

E-mail Address: _jielijian947@gmail.com_

Pro Se

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 1 2 2026

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

_Xizhe Wang_

PLAINTIFF(S)

v.

_Lijian Jie *e et al_

DEFENDANT(S)

CASE NUMBER

_2:26-CV-00278-SVW-MBK_

### APPLICATION FOR PERMISSION
### FOR ELECTRONIC FILING

As the (Plaintiff/Defendant) _Lijian Jie_ in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed Local Rule 5-4.1.1 and the instructions available at the Pro Se E-Filing webpage located on the Court's website.

2. I understand that once I register for e-filing, I will receive notices and documents only by e-mail in this case and not by U.S. mail.

3. I understand that if my use of the CM/ECF system is unsatisfactory, my e-filing privileges may be revoked and I will be required to file documents in paper, but will continue to receive documents via e-mail.

4. I understand that I may not e-file on behalf of any other person in this or any other case.

5. I have regular access to the technical requirements necessary to e-file successfully:

   _Check all that apply._

   [✓] A Computer with internet access.

   [✓] An e-mail account on a daily basis to receive notifications from the Court and notices from the e-filing system.

   [✓] A scanner to convert documents that are only in paper format into electronic files.

   [✓] A printer or copier to create required paper copies such as chambers copies.

   [✓] A word-processing program to create documents; and

   [✓] A PDF reader and a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

Date: _03/12/2026_

Signature: _____

CV-005 (12/15)          APPLICATION FOR PERMISSION FOR ELECTRONIC CASE FILING