**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Xizhe Wang | CASE NUMBER |
| | 2:26-cv-00278-SVW-MBK |
| PLAINTIFF(S) | |
| v. | |
| Lijian Jie et al | **ORDER RE APPLICATION FOR PERMISSION FOR ELECTRONIC FILING** |
| DEFENDANT(S) | |

IT IS ORDERED that the Application for Permission for Electronic Filing by     Lijian Jie

_____     is hereby:

☑  GRANTED

Pursuant to Local Rule 5-4.1.1, the applicant must register to use the Court's CM/ECF System within five (5) days of being served with this order.  Registration information is available at the Pro Se Litigant E-Filing web page located on the Court's website.  Upon registering, the applicant will receive a CM/ECF login and password that will allow him/her to file non-sealed documents electronically in this case only.  Any documents being submitted under seal must be manually filed with the Clerk.

Dated:     March 13, 2026                         _____
                                                  United States District/Magistrate Judge

☐  DENIED
*Comments:*

Dated:     _____             _____
                                                  United States District/Magistrate Judge

CV-05 Order (12/15)          **ORDER RE APPLICATION FOR PERMISSION FOR ELECTRONIC CASE FILING**