**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| XIZHE WANG | CASE NUMBER: |
| PLAINTIFF(S) | 2:26−cv−00278−SVW−MBK |
| v. | |
| LIJIAN JIE, et al. | **ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |
| DEFENDANT(S). | |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 3/31/2026 | 43 | REQUEST FOR ENTRY OF DEFAULT |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

☑  The document is stricken
☐  The hearing date has been rescheduled to _____ at _____.
☐  A notice of interested parties shall be filed no later than 5 days from entry of this Order.
☐  Other:

Dated:    4/13/2026          By: _____
                                   U.S. District Judge / U.S. Magistrate Judge

C-113B (07/24)          ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT